Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-431**
**Effective Date of Registration:**
October 21, 2025
**Registration Decision Date:**
January 17, 2026

## Title

**Title of Work:** Heart of the sea

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 19, 2016
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Katy Anne Lynch
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Katy Anne Lynch
2/3 172 Clepington Road, Dundee, DD3 8BE, United Kingdom

## Rights and Permissions

**Name:** Katy Anne Lynch
**Email:** katyannelynch@gmail.com
**Address:** 2/3 172 Clepington Road
Dundee DD3 8BE United Kingdom

## Certification

**Name:** David Denholm
**Date:** October 21, 2025
**Applicant's Tracking Number:** KL2025102101

